# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00735-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Sandra Scott Freitag, Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT
### NO. 25,989, HONORABLE HAROLD ROBERT TOWSLEE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Texas Department of Public Safety has filed a motion to dismiss its appeal.

*See* Tex. R. App. P. 42.1(a)(1). Appellee Sandra Scott Freitag does not oppose the motion.

Accordingly, we grant appellant's motion and dismiss the appeal. *Id*.


W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed:   January 25, 2007